**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy VALMER, Defendant—
Appellant.**

**No. 06–10061.**

United States Court of Appeals,
Ninth Circuit.

Jan. 9, 2008.

Robert L. Ellman, Esq., Brian J. Quarles, Esq., Office of the U.S. Attorney Lloyd George Federal, Patrick M. Walsh, Esq., U.S. Attorney's Office, Las Vegas, NV, for Plaintiff–Appellee.

Michael K. Powell, Esq., Dan Maloney, Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

D.C. No. CR–04–00308–RCJ.

Before: SCHROEDER and CLIFTON, Circuit Judges, and SCHIAVELLI,* District Judge.

ORDER

The panel has voted to deny the petition for panel rehearing, with Judge Clifton voting to grant that petition. Judge Schroeder and Clifton have voted to deny the petition for rehearing en banc, and Judge Schiavelli so recommends.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.